**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-1893**

_____

LEWIS BANKS; BEVERLY BANKS,

                              Plaintiffs - Appellants,

        versus

STONEYBROOK APARTMENT,

                              Defendant - Appellee.

_____

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Durham.  William L. Osteen, District
Judge.  (CA-99-561-1)

_____

Submitted:  October 12, 2000          Decided:  October 19, 2000

_____

Before WILLIAMS and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Lewis Banks, Beverly Banks, Appellants Pro Se.  Stanley Leigh
Rodenbough, IV, Harold Arthur Bolick, II, BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, Greensboro, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lewis and Beverly Banks appeal from the district court's order dismissing their complaint filed under the Fair Credit Reporting Act, 15 U.S.C.A. §§ 1681-1681u (West Supp. 2000). Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. See Banks v. Stoneybrook Apartment, No. CA-99-561-1 (M.D.N.C. June 1, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2